# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALICIA EVERETTE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:15-cv-1261-CCB |
| v. | ) | |
| | ) | |
| JOSHUA MITCHEM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Defendant MobiLoans, LLC's Motion to Dismiss**

Defendant MobiLoans, LLC, a wholly owned economic entity of the Tunica-Biloxi Indian Tribe (the Tribe) organized and chartered under the laws and inherent sovereign authority of the Tribe, moves to dismiss the Plaintiff's claims against it pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Tribe, like all federally recognized Indian tribes, possesses sovereign immunity, and that immunity extends to tribal arms, entities, and enterprises such as MobiLoans. Because MobiLoans' sovereign immunity has not been waived by MobiLoans or the Tribe or abrogated by Congress, this Court lacks subject matter jurisdiction over the Plaintiff's claims against MobiLoans.

Respectfully submitted this 6th day of July, 2015.

/s/
Gregory M. Jacobs (MD Bar No. 18512)
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 508-5851
Facsimile:  (202) 585-0041
gjacobs@kilpatricktownsend.com

*Counsel for MobiLoans, LLC*