*Adopted July 26th, 2011*

# CHARTER
# OF
# MOBILOANS, LLC

## PREAMBLE

This Charter (this "Charter") of MobiLoans, LLC (the "LLC") is authorized and adopted by the Tribal Council (the "Tribal Council") of the Tunica-Biloxi Tribe of Louisiana (the "Tribe") on this 26th day of July, 2011 (the "Organization Date") pursuant to Resolution #24-11 of the Tribal Council.

24-11 48

## ARTICLE I
## AUTHORITY

MobiLoans, LLC is organized and chartered under the laws and the inherent sovereign authority of the Tribe as a limited liability company. Specifically, the Constitution of the Tribe authorizes and empowers the Tribal Council to, among other matters, (a) supervise and manage tribal economic affairs and enterprises in accordance with the Constitution and Tribal laws; (b) establish and regulate subordinate organizations for social and business purposes, and (c) promote and protect the health, peace, morals, education and the general welfare of the Tribe.

## ARTICLE II
## NAME OF LIMITED LIABILITY COMPANY

The name of the limited liability company shall be "MobiLoans, LLC."

## ARTICLE III
## PURPOSE

The LLC is formed for the primary purpose of engaging in lending and related activities. The LLC may engage in any lawful business activity.

## ARTICLE IV
## DURATION

The duration of the LLC shall be perpetual, subject to the dissolution provisions set forth at Article XIII, below.

## ARTICLE V
## OWNERSHIP AND LIMITED LIABILITY COMPANY INTERESTS

The limited liability company interests in the LLC shall at all times be one hundred percent (100%) owned in total by the Tribe. Limited Liability Company interests in the LLC will not be certificated.

- 2 -

## ARTICLE VI
## REGISTERED OFFICE AND PRINCIPAL PLACE OF BUSINESS

The registered office and the principal place of business of the LLC is:

**150 Melacon Road**
**Marksville, Louisiana 71351**

## ARTICLE VII
## MANAGER

The business and affairs of the LLC shall be managed by a manager. As of the Organization Date, the Manager (as defined in the Operating Agreement of the LLC) shall be the initial and sole manager of the LLC.

## ARTICLE VIII
## ORGANIZERS

The LLC is organized in accordance with this Charter by the Chairman and the Secretary-Treasurer, respectively, of the Tribe. Their names and addresses are as follows:

| | |
|---|---|
| **Earl J. Barbry, Sr.** | **Joey P. Barbry** |
| **Chairman** | **Secretary-Treasurer** |
| **150 Melacon Road** | **150 Melacon Road** |
| **Marksville, Louisiana 71351** | **Marksville, Louisiana 71351** |

## ARTICLE IX
## POWERS

The LLC shall possess all lawful powers of a limited liability company organized under the laws of the Tribe. Any limitations on such powers shall be set forth in the Operating Agreement of the LLC adopted by the Tribe.

## ARTICLE X
## PRIVILEGES AND IMMUNITIES

The LLC shall be vested with all of the privileges and immunities of the Tribe, including, without limitation, the immunity from suit by any person or entity in any forum; immunity from regulation by any sovereign other than the Tribe and the Untied States federal government, when applicable; and immunity from taxation by any sovereign other than the Tribe. Notwithstanding the foregoing, the LLC shall have the power to waive any of its immunities on a limited basis for the purpose of entering into binding and enforceable contracts or securing any other substantial advantage or benefit to the LLC. Such waivers if granted, shall be express and shall be enforceable only with the formal, written approval of the Tribal Council in the form of a Tribal Council Resolution. No such waiver shall be deemed to impact, in any manner, the sovereign immunity of the Tribe.

## ARTICLE XI
## GOVERNING LAW AND OPERATING AGREEMENT

The LLC shall be governed by the laws of the Tribe and applicable federal law. The LLC shall be governed pursuant to this Charter and in accordance with an Operating Agreement which shall be adopted by Resolution of the Tribal Council and which may be amended only by Resolution of the Tribal Council.

## ARTICLE XII
## NON-LIABILITY OF MANAGER AND OFFICERS

No Manager, nor any officer of the LLC, if applicable, shall be labile to any creditor or claimant of the LLC by reason of his or her status or service as a Manager or officer, or by reason of acts done in the course of its, his or her official duties.

## ARTICLE XIII
## DISSOLUTION

The LLC may be dissolved only by action of the Tribal Council. Upon dissolution, all assets of the LLC shall be distributed at the direction of the Tribal Council.

*[Certification Follows]*

## CERTIFICATE OF CHAIRMAN AND SECRETARY/TREASURER
## OF
## THE TRIBAL COUNCIL

We, the undersigned Chairman and Secretary-Treasurer, respectively, of the Tunica-Biloxi Tribe of Louisiana, do hereby certify that this Charter of MobiLoans, LLC, was adopted and made effective on the 26th day of July, 2011, by official action of the Tunica-Biloxi Tribal Council pursuant to Tribal Council Resolution #24-11.

TUNICA-BILOXI TRIBE OF LOUISIANA

By: *[signature]*
Name: Earl J. Barbry, Sr.
Its: Chairman


Attest:
TUNICA-BILOXI TRIBE OF LOUISIANA

By: *[signature]*
Name: Joey P. Barbry
Its: Secretary-Treasurer