# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALICIA EVERETTE | : |
| | : |
| v. | : Civil No. CCB-15-1261 |
| | : |
| JOSHUA MITCHEM, *et al.* | : |

# **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The plaintiff's Motion for Discovery (ECF No. 42) is **Denied** as to defendants MobiLoans and Riverbend;

2. MobiLoans' Motion to Dismiss for Lack of Jurisdiction (ECF No. 21) is **Granted**;

3. Riverbend's Motion to Dismiss for Lack of Jurisdiction (ECF No. 22) is **Granted**;

4. The claims against MobiLoans and Riverbend are **Dismissed** without prejudice for lack of subject-matter jurisdiction; and

5. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

November 20, 2015                 /S/
Date                                           Catherine C. Blake
                                                      United States District Judge