IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALICIA EVERETTE, | * |
| *Plaintiff,* | * |
| v. | * Civil Action No. 1:15-cv-1261 |
| JOSHUA MITCHEM, et al. | * |
| | * |
| *Defendants.* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S NOTICE OF DISMISSAL WITH
PREJUDICE OF DEFENDANT NDG FINANCIAL CORPORATION**

Plaintiff, Alicia Everette, by her undersigned counsel responds to the direction that she advise the Court by February 18, 2016, how she wishes to proceed against defendant NDG Financial Corporation as follows:

Plaintiff voluntarily dismisses with prejudice of defendant NDG Financial Corporation, a party that is in default for failure to respond to the Plaintiff's complaint.

Dated: February 16, 2016      Respectfully Submitted,

*/s/ E. David Hoskins*
E. David Hoskins, Esq., No. 06705
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
davidhoskins@hoskinslaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served electronically through the Court's CM/ECF system upon counsel for all parties.

*/s/ E. David Hoskins*
E. David Hoskins, Esq., No. 06705
