IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALICIA EVERETTE | : |
| | : |
| v. | : CIVIL NO. CCB-15-1261 |
| | : |
| JOSHUA MITCHEM, ET AL. | : |

...o0o...

## **ORDER**

All defendants in this case now have been dismissed by prior orders of the court (ECF No. 63 and 69) or voluntarily by the plaintiff (ECF No. 70). The prior orders are incorporated herein and this case is **Dismissed** and **Closed.**

**SO ORDERED** this 18th day of February, 2016.

/S/
Catherine C. Blake
United States District Judge